IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ESTRADA, | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| vs. | ) 1:25-CV-04063-VMC |
| GALATEN FOODS, LLC, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Estrada and Defendant Galaten Foods, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal without prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this 19th day of December, 2025.

*/s/Matthew N. Pope*  
Matthew N. Pope  
Georgia Bar No.: 584216  
900 2nd Ave.  
P.O. Box 2624  
Columbus, GA 31902  
matt@mpopelaw.com  
*Attorney for Plaintiff*

*/s/Sean Keenan*  
Sean Keenan, Esq.  
Georgia Bar No: 523871  
*Attorney for Defendant*  
Cruser & Mitchell, LLP  
Meridian II, Suite 2000  
275 Scientific Drive  
Norcross, Georgia 30092  
(678) 684-2154

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 19th day of December, 2025.

                                         **Cruser, Mitchell, Novitz, Sanchez,**
                                         **Gaston & Zimet, LLP**

                                         */s/ Sean Keenan*
                                         Sean Keenan
                                         Georgia Bar No. 523871

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day filed the within and foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically serve an electronic copy of same upon the following counsel of record:

Matthew N. Pope
MATTHEW N. POPE, P.C.
900 2nd Avenue
Columbus, GA 31902
matt@mpopelaw.com

*(Attorney for Plaintiff)*

This 19th day of December, 2025.

> **Cruser, Mitchell, Novitz, Sanchez,
> Gaston & Zimet, LLP**
>
> */s/ Sean Keenan*
> Sean Keenan
> Georgia Bar No. 523871

4914-5680-2435, v. 1